■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN MORTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered October 25, 1990, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Since the defendant did not object to the charge given by the court that evidence of his past crimes was to be used solely to assess his credibility, he failed to preserve his claim of error for appellate review *(see, People v Hughes,* 138 AD2d 523; *People v Willis,* 96 AD2d 1108). In any event, we find that the charge as given was correct.

We find the defendant's other contentions to be without merit. Sullivan, J. P., Balletta, O'Brien and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL NICOLO, Appellant.—Appeals by the defendant from four judgments of the Supreme Court, Queens County (Finnegan, J.), all rendered May 10, 1989, convicting him of robbery in the first degree (two counts) under Indictment No. 239/89, robbery in the first degree under Indictment No. 803/89, robbery in the first degree under Indictment No. 1221/89, and robbery in the first degree under Indictment No. 1825/89, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.